FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2020

No. 04-19-00636-CV

The **STATE** of Texas,
Appellant
v.

**FORTY-FIVE THOUSAND AND EIGHT HUNDRED TEN DOLLARS AND TEN CENTS ($45,810.10) IN UNITED STATES CURRENCY**,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVJ000512D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
   Rebeca C. Martinez, Justice
   Patricia O. Alvarez, Justice
   Luz Elena D. Chapa, Justice
   Irene Rios, Justice
   Beth Watkins, Justice
   Liza A. Rodriguez, Justice

Appellant's motion for en banc reconsideration is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of August, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court